WILLIAM WEINERT et al., as Stockholders of MARCH GOLD, INC., Suing on Behalf of Themselves and on Behalf of All Other Stockholders of Said Corporation, Respondents, v. EDWARD G. KINKEL et al., Appellants, et al., Defendants.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ. [See *ante,* p. 401.]

JOSEPH KOZUB et al., Respondents, v. TOWN OF LANCASTER et al., Appellants. — Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ. [See *ante,* p. 811.]

JAMES BIGGAR, Respondent, v. SIDNEY M. MICHAEL, Appellant, and JOHN G. BYRNE, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ. [See *ante,* p. 812.]